ACCEPTED
12-14-00351-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/2/2015 9:33:43 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/2/2015 9:33:43 PM
CATHY S. LUSK
Clerk

2 FEBRUARY 2014

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Richard Dykes v. State**
     **12-14-00351-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to Mr. Salazar regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

19 JANUARY 2014


Richard Dykes
Inmate 01898245
Bradshaw Unit
PO Box 9000
Henderson, TX 75653

By Certified Mail

**Re:  Appeal**

Mr. Dykes:

Please find enclosed a copy of the opinion issued by the Twelfth Court of Appeals in your case. Because you did not timely file a notice of appeal the Court of Appeals has dismissed your appeal.

You do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals should you desire to do so.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

As always, should you have any questions I will be happy to assist in any way that I can.


Sincerely,


Austin Reeve Jackson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jenny Fath_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name) _Jennifer Fate_  C. Date of Delivery _1/26/15_

1. Article Addressed to:

Richard Dykes
Inmate 01898245
Bradshaw Unit
PO Box 9000
Henderson TX 75653

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

7012 3460 0003 4945 6592

PS Form 3811, July 2013     Domestic Return Receipt